No. D–2700. IN RE DISCIPLINE OF KIM. Martha Veager Kim, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring

her to show cause why she should not be disbarred from the practice of law in this Court.